**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CYNTHIA C. NEAL | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-13-433 |
| | * | |
| ONEWEST BANK | * | |
| | ****** | |

## ORDER

Upon consideration of defendant's motion to dismiss, plaintiff not having responded to the motion after being advised in her *pro se* status of the consequences of a failure to do so, and it appearing that the motion is meritorious, it is, this 14th day of March 2013

ORDERED

1. Defendant's motion to dismiss (document 8) is granted; and

2. This action is dismissed.


\_\_\_\_/s/_____
J. Frederick Motz
United States District Judge